UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LUIS M. REYES,

Plaintiff,

v.

CHRIS PIAETE,

Defendant.

Case No. 3:26-cv-00400-MMD-CLB

ORDER

## I.    DISCUSSION

On May 28, 2026, pro se plaintiff Luis M. Reyes, an inmate in the custody of the Nevada Department of Corrections, initiated this case with an application to proceed *in forma pauperis* and a motion for appointment of counsel. (ECF Nos. 1, 1-1). Plaintiff has not filed complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

This case cannot proceed unless Plaintiff files a complaint. The Court will give Plaintiff until **July 3, 2026**, to file a complaint.

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until July 3, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to send Plaintiff Luis M. Reyes the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: June 3, 2026.

UNITED STATES MAGISTRATE JUDGE